■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NELSON MONTES, Appellant. [772 NYS2d 856]—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Reichbach, J.), rendered November 19, 2002, convicting him of manslaughter in the second degree and criminal possession of a weapon in the fourth degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contention, the prosecutor's conduct did not impair the integrity of the grand jury (*see* CPL 210.20 [1] [c]; 210.35 [5]; *People v Adessa,* 89 NY2d 677, 684-686 [1997]; *People v Huston,* 88 NY2d 400, 409 [1996]; *People v Murphy,* 198 AD2d 525, 526-527 [1993]). Accordingly, the Supreme Court properly denied the defendant's motion to dismiss the indictment on that ground.

The sentence imposed was not excessive (*see People v Suitte,* 90 AD2d 80 [1982]). Santucci, J.P., Florio, Schmidt and Townes, JJ., concur.